**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 315 MAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| HERMAN ALBERT ARMOLT, JR., | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of November, 2021, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by the Petitioner, are set forth below.

(1)    Whether the trial court erred in retaining jurisdiction to try and sentence Petitioner as an adult for crimes that he committed as a juvenile.

(2)    Whether the trial court erred by conferring adult jurisdiction and imposing a four to eight-year prison sentence upon an individual for crimes committed while the individual was a juvenile violated the Equal Protection, Due Process and Cruel and Unusual Punishment clauses of the United States and Pennsylvania Constitution.